IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| WILLIAM C. GRIM | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:12cv283 |
| DAVID G. PILLE | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff William C. Grim, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit against David G. Pille. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this Court.

Plaintiff has filed a motion seeking a temporary restraining order or preliminary injunction. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this motion. The Magistrate Judge recommends the motion be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections. After careful consideration, the court is of the opinion that the objections are without merit. Plaintiff complains in his motion that the defendant is preventing him from assisting a fellow inmate prepare a state application for writ of habeas corpus. An inmate has no constitutional right to provide legal assistance to other inmates. *Shaw v. Murphy*, 532 U.S. 223, 228(2001); *Simmons v. Cockrell*, 81 F.App'x 488, 489 (5th Cir. 2003). Thus, plaintiff has failed to show there is a substantial likelihood he will prevail on the merits on this issue. As to any complaint that he himself has been denied access, there is no indication that he has been so hindered in the prosecution of this case that a preliminary injunction or restraining order is justified.

## ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. Plaintiff's motion for temporary restraining order or preliminary injunction is **DENIED**.

So **ORDERED** and **SIGNED** this **5** day of **March, 2014.**

_____
Ron Clark, United States District Judge